**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Jhon Deiker Linares-Linares,**<br>**Petitioner,**<br>**v.**<br>**Antone Moniz, et al.,**<br>**Respondents.** | **Civil Action No. 26-13641-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Jhon Deiker Linares-Linares ("Linares"). He contends that Antone Moniz and other named respondents have refused to grant him a bond hearing on the basis of his detention pursuant to 8 U.S.C. §1225(b)(2), despite his contention that he is eligible for such a hearing under §1226(a).

For the reasons set forth in Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED.** The Court directs that Linares is to be released unless he is afforded a bond hearing that complies with the

standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: August 14, 2026